UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-61983-WPD

CATHERINE KUEPPERS and
KATHLEEN SUMMY,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

vs.

ZUMBA FITNESS, LLC,

        Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, filed October 24, 2024.  [DE 5]. This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion [DE 5] is **GRANTED**.   Tyler Somes may appear and participate in this action as co-counsel on behalf of Catherine Kueppers and Kathleen Summy, individually and on behalf of all others similarly situated The Clerk shall provide electronic notification of all electronic filings to Tyler Somes at tsomes@hedinllp.com.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order <u>or</u> failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of October, 2024.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of record