UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61983-WPD

CATHERINE KUEPPERS and KATHLEEN SUMMY,
individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

ZUMBA FITNESS, LLC,

        Defendant.
_____/

## DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, Zumba Fitness, LLC ("**Zumba**"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby file this *Unopposed* Motion for Extension of Time to Respond to Plaintiffs', Catherine Kueppers and Kathleen Summy ("**Plaintiffs**"), Complaint [ECF No. 1], and state:

1. Zumba's response to Plaintiffs' Complaint is currently due on December 30, 2024. *See* [ECF No. 8].

2. Undersigned counsel was retained to represent Zumba in this action on or about December 2, 2024. *See* [ECF No. 9].

3. Unfortunately, very shortly after being retained, undersigned counsel had trial in *American Life Fund Corp., et al. v. Settlement Benefits Association, Inc., et al.*, Case No. 9:21-cv-81046-WM (S.D. Fla.), requiring significant time and attention of undersigned counsel. The trial in that matter concluded on December 13, 2024.

4. Undersigned counsel has begun an investigation into the claims asserted in this case, however, given the above-mentioned federal court trial, as well as the upcoming Holidays, undersigned counsel needs brief additional time to complete this investigation and to prepare/file a response to the Complaint on behalf of Zumba.

CASE NO.: 24-cv-61983-WPD

5. Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." *Id*.

6. Here, Zumba respectfully requests an unopposed brief two-week extension, <u>through and including January 13, 2025</u>, to file/serve its response to Plaintiffs' Complaint.

7. This Motion is made in good faith and not for the purpose of delay, and no prejudice will result to Plaintiffs based on the relief requested herein.

8. Further, at this time, no pre-trial deadlines or trial have been set, so the requested extension will not impact the same.

9. Moreover, Zumba's counsel has conferred with Plaintiffs' counsel, and Plaintiffs have no objection to the extension of time sought.

10. Plaintiffs have also requested an additional thirty (30) days to file a response to any dispositive motion filed by Zumba in response to Plaintiffs' Complaint.

11. Zumba has no objection to this requested relief.

WHEREFORE, Defendant, Zumba Fitness, LLC, respectfully requests this Court grant this Motion and enter the proposed Order attached hereto as **Exhibit 1**.

CASE NO.: 24-cv-61983-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December 2024, a true and correct copy of the foregoing has been filed and furnished to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
Counsel for Defendant, Zumba Fitness, LLC
110 Tower, 110 SE 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone (954) 703-3720
Facsimile (954) 703-3700
Primary e-mail: barry.postman@csklegal.com
matthew.green@csklegal.com

By: s/ Matthew A. Green
BARRY A. POSTMAN
Florida Bar No.: 991856
MATTHEW A. GREEN
Florida Bar No.: 1019717