UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61983-WPD

CATHERINE KUEPPERS and KATHLEEN SUMMY,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

ZUMBA FITNESS, LLC,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

      THIS CAUSE came before the Court on Defendant, Zumba Fitness, LLC's ("**Zumba**") Motion for Extension of Time to Respond to Plaintiffs', Catherine Kueppers and Kathleen Summy, Complaint ("**Zumba's Motion**") [DE 10]. The Court having reviewed the pertinent briefing and relevant legal authority, having been advised of the agreement of the parties, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Zumba's Motion [DE 10] is **GRANTED**. Zumba shall respond to Plaintiffs' Complaint on or before January 13, 2025.

2. Plaintiffs, pursuant to the agreement of the parties, shall file a response to any motion to dismiss filed by Zumba on or before February 26, 2025.

      **DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 23rd day of December 2024.

WILLIAM P. DIMITROULEAS
United States District Judge