UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61983-WPD

CATHERINE KUEPPERS and KATHLEEN
SUMMY individually and behalf of others similarly
situated,

        Plaintiffs,
v.

ZUMBA FITNESS, LLC,

        Defendant.
_____/

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss (the "Motion"), filed January 13, 2025 [DE 12]. The Court has carefully considered the Motion [DE 12] and is otherwise fully advised in the premises.

Local Rule 7.1(c)(1) provides that "[f]or all motions, except motions served with the summons and complaint, each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c)(1). Accordingly, per the Local Rules, Plaintiff's Response to the Motion was due on January 27, 2025. However, as of the date of this Order, no response to the Motion [DE 12] has been filed and the time for such filing has passed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than **February 5, 2025**, why the instant Motion [DE 12] should not be granted. A failure to timely respond may result in the Court granting the Motion [DE 12] by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record