UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61983-WPD

CATHERINE KUEPPERS
and KATHLEEN SUMMY,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

ZUMBA FITNESS, LLC,

        Defendant.
_____/

## ORDER SETTING HEARING ON MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Plaintiffs' Putative Class Action Complaint (the "Motion") [DE 12]. The Court has carefully considered the Motion, Plaintiffs' Response [DE 15], and Defendant's Reply [DE 20], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a hearing on Defendant's Motion [DE 12] is hereby set for **10:30 A.M.** on **Friday, May 2, 2025,** in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of April 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record