UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.:24-cv-61983-WPD

CATHERINE KUEPPERS and KATHLEEN SUMMY,

Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ZUMBA FITESS, LLC

    Defendant.

_____/

**JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER**

Plaintiffs, Catherine Kueppers and Kathleen Summy ("**Plaintiffs**"), and Defendant, Zumba Fitness, LLC ("**Defendant**") (collectively the "**Parties**"), respectfully move this Honorable Court, in accordance with Rule 26 of the Federal Rules of Civil Procedure, for entry of a Stipulated Confidentiality Order, and in support thereof states as follows:

1. The Parties anticipate that this case will require the production of sensitive commercial information, including, but not limited to, documents containing proprietary business information related to Defendant.

2. To preserve the nature of the confidential information, the Parties have agreed to the entry of the Stipulated Confidentiality Order attached hereto as Exhibit "1," which was also filed in its proposed form on even date.

3.  The Parties agree that to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded, a confidentiality order to govern disclosure of confidential information is necessary in this proceeding.

4.  To facilitate the exchange of information between the parties, Defendant and Plaintiffs propose that the provisions contained in the attached Stipulated Confidentiality Order regarding confidentiality of materials pursuant to Fed. R. Civ. P. 26 be accepted and entered by this Honorable Court.

5.  The Parties further contend that the inclusion of an "Attorneys'-Eyes Only" provision is necessary to govern the production of confidential documentation and information in this matter.  *See Monaco v. City of Jacksonville*, No. 3:09-cv-1169, 2010 WL 2900007, at *1 (M.D. Fla. July 23, 2010) (finding that "entry of the Confidentiality Order is appropriate to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection.") (citation omitted); *Backwards v. Esmonde-White*, No. 16-20758, 2016 WL 11523402 (S.D. Fla. Sept. 26, 2016) (finding an "Attorneys'-Eyes Only" provision appropriate).

WHEREFORE, Plaintiffs and Defendant respectfully request this Honorable Court enter the attached Stipulated Confidentiality Order, attached hereto as Exhibit "1."

CASE NO.: 24-cv-61983-WPD

Respectfully submitted this 17th day of June 2025

By: /s/ *Tyler K. Somes*
Tyler K. Somes (*pro hac vice*)
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

Elliot O. Jackson
Florida Bar No. 1034536
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

*Attorneys for Plaintiffs*

By: /s/ *Matthew A. Green*
Barry A. Postman, Esq.
Florida Bar No. 991856
Matthew A. Green, Esq.
Florida Bar No. 1019717
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone (954) 703-3700
Facsimile (954) 703-3701
Primary e-mails: barry.postman@csklegal.com
                 matthew.green@csklegal.com

CASE NO.: 24-cv-61983-WPD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June 2025, a true and correct copy of the foregoing has been filed and furnished to all counsel of record.

By:            s/ Matthew A. Green
                        BARRY A. POSTMAN
                        Florida Bar No.: 991856
                        SCOTT A. BASSMAN
                        Florida Bar No. 232180
                        MATTHEW A. GREEN
                        Florida Bar No.: 1019717

CASE NO.: 24-cv-61983-WPD