# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CATHERINE KUEPPERS; and KATHLEEN SUMMY, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>ZUMBA FITNESS, LLC,<br><br>　　　　　　　　Defendant. | Case No. 24-cv-61983-WPD |

## JOINT NOTICE REGARDING SELECTION OF MEDIATOR

　　Pursuant to the Court's June 24, 2025, Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge (ECF No. 29), Plaintiffs Catherine Kueppers and Kathleen Summy and Defendant Zumba Fitness, LLC hereby provide notice that they have agreed upon Harry Schafer of Esquibel Communications Company as a mediator.

Date: July 8, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Tyler K. Somes*

　　　　　　　　　　　　　　　　　　　Tyler K. Somes (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　HEDIN LLP
　　　　　　　　　　　　　　　　　　　1100 15th Street NW, Ste 04-108
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　Telephone: (202) 900-3332
　　　　　　　　　　　　　　　　　　　Facsimile: (305) 200-8801
　　　　　　　　　　　　　　　　　　　tsomes@hedinllp.com

1

      Elliot O. Jackson
      Florida Bar No. 1034536
      1395 Brickell Ave, Suite 610
      Miami, Florida 33131
      Telephone: (305) 357-2107
      Facsimile: (305) 200-8801
      ejackson@hedinllp.com

*Attorneys for Plaintiffs and the Putative Class*

By: *Matthew A. Green*
Barry A. Postman, Esq.
Florida Bar No. 991856
Matthew A. Green, Esq.
Florida Bar No. 1019717
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone (954) 703-3700
Facsimile (954) 703-3701
Primary e-mails: barry.postman@csklegal.com
matthew.green@csklegal.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

*/s/ Tyler K. Somes*