UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61983-CIV-DIMITROULEAS

CATHERINE KUEPPERS, et. al,

   Plaintiffs,

vs.

ZUMBA FITNESS, LLC,

   Defendant.
_____/

## ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT STRIKE FIRST AMENDED COMPLAINT FILED WITHOUT LEAVE

THIS CAUSE is before the Court *sua sponte*.

Federal Rule of Civil Procedure Rule 15(a) permits a pleading to be amended once as a matter of course twenty-one (21) days after the pleading is served or within twenty-one (21) days after responsive pleading or motion under Rule 12(b), (e), (f). *See* Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." *See* Fed. R. Civ. P. 15(2). On July 21st, 2025, Plaintiffs filed a First Amended Complaint without leave to amend from this Court or a notice that Defendants had provided their consent.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs shall show cause no later than **July 25, 2025**, why the Court should not strike Plaintiffs' First Amended Complaint as improperly filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of July, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to: Counsel of Record