## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| CATHERINE KUEPPERS; KATHLEEN SUMMY, WATANYA BROWN, and ASHTON HIGGINBOTHAM individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUMBA FITNESS, LLC,<br><br>Defendant. | Case No. 24-61983-WPD |

### PLAINTIFFS' RESPONSE TO THE ORDER TO SHOW CAUSE

Plaintiffs Catherine Kueppers, Kathleen Summy, Watanya Brown, and Ashton Higginbotham, by and through Undersigned counsel, hereby submit this response to the Court's Order to Show Cause dated July 22, 2025.  In support, Plaintiffs state:

1.     Plaintiffs Kueppers and Summy commenced this action on October 10, 2024.  *See* ECF No. 1.

2.     On January 13, 2025, Defendant filed a motion to dismiss.  *See* ECF No. 12.

3.     On May 8, 2025, the Court denied Defendant's motion to dismiss.  *See* ECF No. 23.

4.      On June 24, 2025, this Court issued an Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge.  *See* ECF No. 29.

5.      By the Court's Order dated June 24, 2025, the deadline for Plaintiffs to amend the pleadings and add parties is August 1, 2025.

6.      On July 21, 2025, Plaintiffs filed a First Amended Complaint.  Footnote 1 of the First Amended Complaint states: "Pursuant to Federal Rule of Civil Procedure 15(1)(2), this First Amended Class Action Complaint is filed with the written consent of Defendant Zumba Fitness, LLC."  *See* ECF No. 34, Page 1.

7.      On July 22, 2025, the Court issued a show cause directing Plaintiffs to show cause concerning the First Amended Complaint.

8.      Therefore, Plaintiffs respectfully advise this Court that the First Amended Complaint is properly filed because it was filed with Defendant Zumba Fitness, LLC's consent, as noted in Footnote 1 of the First Amended Complaint, and before the Court's deadline for doing so had expired.


WHEREFORE, Plaintiffs and their Counsel respectfully request that this Court discharge the Order to Show Cause.

Respectfully submitted,

/s/ Elliot O. Jackson
Elliot O. Jackson
Florida Bar No. 1034536
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

Tyler K. Somes (*pro hac vice*)
District of Columbia Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

*Counsel for Plaintiffs and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, a true and correct copy of the foregoing

Response was filed using this Court's CM/ECF filing system, which delivered a copy

to all counsel of record.

/s/ Elliot O. Jackson
Elliot O. Jackson

2