UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CATHERINE KUEPPERS; KATHLEEN SUMMY; WATANYA BROWN; ASHTON HIGGINBOTHAM, *individually and on behalf of all others similarly situated*,

               Plaintiffs,

   v.

ZUMBA FITNESS, LLC,

               Defendant.

Case No. 24-cv-61983-WPD

## **JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs Catherine Kueppers, Kathleen Summy, Watanya Brown, and Ashton Higginbotham ("Plaintiffs") and Defendant Zumba Fitness, LLC ("Defendant") (together with "Plaintiffs," the "Parties"), through their respective undersigned counsel, hereby move this Court for entry of the attached proposed Order for a limited stay of this matter until September 30, 2025, in light of the pending mediation scheduled before mediator Harry Schafer of Esquibel Communications Company as a mediator, which is scheduled for September 24, 2025.

WHEREAS, Plaintiff Kueppers and Plaintiff Summy filed a Class Action Complaint on October 23, 2024 (ECF No. 1);

WHEREAS, Defendant moved to dismiss the Class Action Complaint on January 13, 2024 (ECF No. 12);

WHEREAS, the Court denied Defendant's motion to dismiss on May 8, 2025 (ECF No. 23);

WHEREAS, Defendant filed an answer on May 19, 2025 (ECF No. 24);

1

WHEREAS, the Parties submitted a Joint Notice of regarding their selection of Harry Schafer of Esquibel Communications Company as a mediator on July 8, 2025 (ECF No. 33);

WHEREAS, Plaintiffs filed a First Amended Complaint on July 21, 2025 (ECF No. 34);

WHEREAS, the Parties have scheduled a mediation with Mr. Schafer on September 24, 2025;

WHEREAS, the Parties have stipulated and agreed to stay this action pending the outcome of the mediation until September 30, 2025;

WHEREAS, the Parties agree that Defendant will have twenty (20) days to answer the First Amended Complaint (ECF No. 34) after any limited stay is lifted;

WHEREAS, the Parties agree that staying this matter pending the outcome of the mediation will serve the interests of justice and conserve the resources of the both the Court and the parties;

WHEREAS, this motion is not made for any improper purpose;

THEREFORE, the Parties respectfully jointly move the Court for entry of the attached proposed Order for a limited stay of this matter until September 30, 2025, in light of the pending mediation scheduled before mediator Harry Schafer of Esquibel Communications Company as a mediator, which is scheduled for September 24, 2025.

Date: July 29, 2025

Respectfully submitted,

/s/ *Tyler K. Somes*

Tyler K. Somes (*pro hac vice*)
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

        Elliot O. Jackson
        Florida Bar No. 1034536
        1395 Brickell Ave, Suite 610
        Miami, Florida 33131
        Telephone: (305) 357-2107
        Facsimile: (305) 200-8801
        ejackson@hedinllp.com

        *Attorneys for Plaintiffs and the Putative Class*

        By: *Matthew A. Green*
        Barry A. Postman, Esq.
        Florida Bar No. 991856
        Matthew A. Green, Esq.
        Florida Bar No. 1019717
        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant*
        110 Tower, 110 S.E. 6th Street, Suite 2700
        Fort Lauderdale, Florida 33301
        Telephone (954) 703-3700
        Facsimile (954) 703-3701
        Primary e-mails: barry.postman@csklegal.com
        matthew.green@csklegal.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

                                                          */s/ Tyler K. Somes*