UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CATHERINE KUEPPERS; KATHLEEN SUMMY; WATANYA BROWN; ASHTON HIGGINBOTHAM, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br>   v.<br><br>ZUMBA FITNESS, LLC,<br><br>                    Defendant. | Case No. 24-cv-61983-WPD |

**[PROPOSED] ORDER
GRANTING JOINT MOTION TO STAY**

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines in this matter are STAYED until September 30, 2025 and that all pending deadlines are tolled.

It is further ORDERED that the Parties shall file a joint status report with the Court no later than September 30, 2025, and, if efforts at resolution are unsuccessful, also propose a scheduling order to govern the remaining conduct of the litigation.

It is further ORDERED that if the stay is lifted, Defendant will have twenty (20) days to answer the First Amended Complaint.

SIGNED this _____ day of July, 2025.

                                                             _____
                                                             United States District Judge