UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61983-CIV-DIMITROULEAS

CATHERINE KUEPPERS; KATHLEEN
SUMMY; WATANYA BROWN; ASHTON
HIGGINBOTHAM, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

ZUMBA FITNESS, LLC,

    Defendant.
_____/

## ORDER DENYING MOTION TO STAY

THIS CAUSE is before the Court upon the Parties' Joint Motion to Stay Proceedings (the "Motion") [DE 37], filed herein on July 29, 2025. In the Motion, Parties request that this action be stayed through September 30, 2025, in light of the pending mediation scheduled on September 24, 2025. The Court has reviewed the Motion and the record in this case and is otherwise fully advised in the premises.

District courts enjoy broad discretion in deciding how best to manage the cases before them and to set and enforce scheduling deadlines. *See, e.g.*, *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). The Court does not normally stay a case mediation, and the Court does not find good cause to issue a stay in this case. While engaging in early mediation is encouraged, it is not cause for staying this case. The requested stay involves about a two-month extension. Any deadlines that occur during that short period of time may be extended through joint agreement of the Parties.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 37] is **DENIED**.

**DONE AND ORDERED** in Ft. Lauderdale, Broward County, Florida this 30th day of July, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record