UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61983-WPD

CATHERINE KUEPPERS and KATHLEEN SUMMY,
individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

ZUMBA FITNESS, LLC,

        Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

Barry A. Postman, Esq. of Cole, Scott & Kissane, P.A., hereby gives notice of his appearance as counsel of record for Defendant, ZUMBA FITNESS, LLC, and request that copies of all papers and pleadings file*d in this case be served upon them.

****REMAINDER OF PAGE LEFT BLANK INTENTIONALLY ******

CASE NO.: 24-cv-61983-WPD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July 2025, a true and correct copy of the foregoing has been filed and furnished to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
*Counsel for Defendant, Zumba Fitness, LLC*
Esperante Building
222 Lakeview Ave., Suite 500
West Palm Beach, Florida 33401
Telephone (561) 383-9234
Facsimile (561) 683-8977
Primary e-mail: barry.postman@csklegal.com
Secondary e-mail: sara.ghent@csklegal.com

By:  s/ Barry A. Postman
    BARRY A. POSTMAN
    Florida Bar No.: 991856
    MATTHEW A. GREEN
    Florida Bar No.: 1019717