UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61983-WPD

CATHERINE KUEPPERS, KATHLEEN SUMMY,
WATANYA BROWN, and ASHTON HIGGINBOTHAM,
individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

ZUMBA FITNESS, LLC,

        Defendant.
_____/

### DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

        Defendant, Zumba Fitness, LLC ("**Zumba**"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby file this *Unopposed* Motion for Extension of Time to Respond to Plaintiffs', Catherine Kueppers, Kathleen Summy, Watanya Brown, and Ashton Higginbotham ("**Plaintiffs**"), First Amended Complaint [ECF No. 34], and states:

        1.    Zumba's response to Plaintiffs' First Amended Complaint is currently due on August 4, 2025. *See* [ECF Nos. 34, 36].

        2.    On July 21, 2025, Plaintiffs filed their First Amended Complaint with the consent of Defendant. *See* [ECF No. 34].

        3.    On July 29, 2025, Plaintiffs and Defendant filed a Joint Motion to Stay Proceedings Pending Mediation. *See* [ECF No. 37].

        4.    On July 30, 2025, this Honorable Court denied the Joint Motion to Stay Proceedings Pending Mediation. [ECF No. 38].

        5.    Undersigned counsel was in an all-day mediation yesterday (July 30, 2025) and has expert depositions in a federal court class action case set for August 4 and 5, 2025 and, accordingly, requires addition time to investigate the amended claims and new putative class representatives.

CASE NO.: 0:24-cv-61983-WPD

6. Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." *Id*.

7. Here, Zumba respectfully requests an unopposed brief ten (10) day extension, through and including August 14, 2025, to file/serve its response to Plaintiffs' First Amended Complaint.

8. This Motion is made in good faith and not for the purpose of delay, and no prejudice will result to Plaintiffs based on the relief requested herein.

9. Moreover, Zumba's counsel has conferred with Plaintiffs' counsel, and Plaintiffs have no objection to the extension of time sought.

WHEREFORE, Defendant, Zumba Fitness, LLC, respectfully requests this Court grant this Motion and enter the proposed Order attached hereto as **Exhibit 1**.

CASE NO.: 0:24-cv-61983-WPD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July 2025, a true and correct copy of the foregoing has been filed and furnished to all counsel of record.

        **COLE, SCOTT & KISSANE, P.A.**
        Counsel for Defendant, Zumba Fitness, LLC
        110 Tower, 110 SE 6th Street, Suite 2700
        Fort Lauderdale, Florida 33301
        Telephone (954) 703-3720
        Facsimile (954) 703-3700
        Primary e-mail: barry.postman@csklegal.com
                      scott.bassman@csklegal.com
                      matthew.green@csklegal.com

By:   /s/ Matthew A. Green
       BARRY A. POSTMAN
       Florida Bar No.: 991856
       SCOTT A. BASSMAN
       Florida Bar No. 232180
       MATTHEW A. GREEN
       Florida Bar No.: 1019717