UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61983-WPD

CATHERINE KUEPPERS, KATHLEEN SUMMY,
WATANYA BROWN, and ASHTON HIGGINBOTHAM,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

ZUMBA FITNESS, LLC,

      Defendant.
_____/

## ORDER GRANTING *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

THIS CAUSE is before the Court on Defendant, Zumba Fitness, LLC's ("Zumba") Motion for Extension of Time to Respond to Plaintiffs', Catherine Kueppers, Kathleen Summy, Watanya Brown, and Ashton Higginbotham, First Amended Complaint ("Zumba's Motion"), and the Court having reviewed the pertinent briefing and relevant legal authority, having been advised of the agreement of the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Zumba's Motion [DE 40] is **GRANTED**. Zumba shall respond to Plaintiffs' Complaint on or before August 14, 2025.

**DONE AND ORDERED** on this 1st day of August 2025, in Chambers.

WILLIAM P. DIMITROULEAS
United States District Judge