**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-cv-61983-WPD**

CATHERINE KUEPPERS, KATHLEEN SUMMY,
WATANYA BROWN, and ASHTON HIGGINBOTHAM,
individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

ZUMBA FITNESS, LLC,

        Defendant.

_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST**
**AMENDED CLASS ACTION COMPLAINT**[1]

      Defendant, Zumba Fitness, LLC ("**Defendant**"), pursuant to Rule 12 of the Federal Rules of Civil Procedure, hereby files it Answer and Affirmative Defenses to Plaintiffs', Catherine Kueppers ("**Kueppers**"), Kathleen Summy ("**Summy**"), Watanya Brown ("**Brown**"), and Ashton Higginbotham ("**Higginbotham**") (collectively "**Plaintiffs**"), First Amended Class Action Complaint (the "**Complaint**") [ECF No. 34], and states:

## INTRODUCTION

      Defendant admits the allegations set forth in Plaintiffs' Introduction paragraph *only* to the extent Plaintiffs claim to make allegations, individually and on behalf of all others purportedly similarly situated to Plaintiffs, against Defendant. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

---

[1] No response is required to Footnote 1 of Plaintiffs' Complaint.

**NATURE OF CASE**

1.       Defendant admits the allegations set forth in Paragraph 1 of Plaintiffs' Complaint *only* to the extent Plaintiffs claim to bring this action based on allegations that Defendant has purportedly violated the federal Video Privacy Protection Act ("**VPPA**"), 18 U.S.C. § 2710. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

2.       Defendant denies the allegations set forth in Paragraph 2 of Plaintiffs' Complaint.

3.       Defendant denies the allegations set forth in Paragraph 3 of Plaintiffs' Complaint.

4.       Defendant denies the allegations set forth in Paragraph 4 of Plaintiffs' Complaint.

5.       Defendant denies the allegations set forth in Paragraph 5 of Plaintiffs' Complaint.

6.       Defendant admits the allegations set forth in Paragraph 6 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

7.       Defendant admits the allegations set forth in Paragraph 7 of Plaintiffs' Complaint *only* to the extent Plaintiffs claim to bring this action, individually and on behalf of all others purportedly similarly situated to Plaintiffs, based on allegations that Defendant has purportedly violated VPPA.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**PARTIES**

**I.       Plaintiff Catherine Kueppers**

8.       Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 8 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

9.       Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 9 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700 - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

10.     Defendant denies as phrased the allegations set forth in Paragraph 10 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

11.     Defendant denies as phrased the allegations set forth in Paragraph 11 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

12.     Defendant denies as phrased the allegations set forth in Paragraph 12 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

13.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 13 of Plaintiffs' Complaint regarding Plaintiff Kueppers' claim she "had a Meta account, a Meta profile, and an FID associated with such profile" and, therefore, denies said allegations and demands strict proof thereof.  Defendant denies as phrased the remainder of the allegations set forth in Paragraph 13 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials

in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

14.     Defendant is without sufficient information and knowledge to form a belief as to whether Plaintiff Kueppers "has watched the prerecorded videos" as alleged in Paragraph 14 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof. Defendant denies as phrased the remainder of the allegations set forth in Paragraph 14 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

15.     Defendant denies the allegations set forth in Paragraph 15 of Plaintiffs' Complaint.

16.     Defendant denies the allegations set forth in Paragraph 16 of Plaintiffs' Complaint.

17.     Defendant denies as phrased the allegations set forth in Paragraph 17 of Plaintiffs' Complaint.

18.     Defendant denies the allegations set forth in Paragraph 18 of Plaintiffs' Complaint.

**II.     Plaintiff Kathleen Summy**

19.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 19 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

20.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 20 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

21.     Defendant denies as phrased the allegations set forth in Paragraph 21 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700 - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

22.     Defendant denies as phrased the allegations set forth in Paragraph 22 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

23.     Defendant denies as phrased the allegations set forth in Paragraph 23 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

24.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph  24 of Plaintiffs' Complaint regarding Plaintiff Summy's claim she "had a Meta account, a Meta profile, and an FID associated with such profile" and, therefore, denies said allegations and demands strict proof thereof.  Defendant denies as phrased the remainder of the allegations set forth in Paragraph 24 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

25.     Defendant is without sufficient information and knowledge to form a belief as to whether Plaintiff Summy "has watched the prerecorded videos" as alleged in Paragraph 25 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof. Defendant denies as phrased the remainder of the allegations set forth in Paragraph 25 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a

business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

26.     Defendant denies the allegations set forth in Paragraph 26 of Plaintiffs' Complaint.

27.     Defendant denies the allegations set forth in Paragraph 27 of Plaintiffs' Complaint.

28.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 28 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

29.     Defendant denies as phrased the allegations set forth in Paragraph 29 of Plaintiffs' Complaint.

30.     Defendant denies the allegations set forth in Paragraph 30 of Plaintiffs' Complaint.

**III.     Plaintiff Watanya Brown**

31.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 31 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

32.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 32 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

33.     Defendant denies as phrased the allegations set forth in Paragraph 33 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

34.     Defendant denies as phrased the allegations set forth in Paragraph 34 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

35.     Defendant denies as phrased the allegations set forth in Paragraph 35 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

36.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 36 of Plaintiffs' Complaint regarding Plaintiff Brown's claim she "had a Meta account, a Meta profile, and an FID associated with such profile" and, therefore, denies said allegations and demands strict proof thereof.  Defendant denies as phrased the remainder of the allegations set forth in Paragraph 36 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

37.     Defendant is without sufficient information and knowledge to form a belief as to whether Plaintiff Brown "has watched the prerecorded videos" as alleged in Paragraph 37 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof. Defendant denies as phrased the remainder of the allegations set forth in Paragraph 37 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

38.     Defendant denies the allegations set forth in Paragraph 38 of Plaintiffs' Complaint.

39.     Defendant denies the allegations set forth in Paragraph 39 of Plaintiffs' Complaint.

40.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 40 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

41.     Defendant denies as phrased the allegations set forth in Paragraph 41 of Plaintiffs' Complaint.

42.     Defendant denies the allegations set forth in Paragraph 42 of Plaintiffs' Complaint.

**IV.    Plaintiff Ashton Higginbotham**

43.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 43 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

44.     Defendant denies as phrased the allegations set forth in Paragraph 44 of Plaintiffs' Complaint, and for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

45.     Defendant denies as phrased the allegations set forth in Paragraph 45 of Plaintiffs' Complaint, and for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

46.     Defendant denies as phrased the allegations set forth in Paragraph 46 of Plaintiffs' Complaint to the extent Plaintiff Higginbotham claims he has purchased videos on Defendant's Website.  Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 46 of Plaintiffs' Complaint to the extent Plaintiff Higginbotham claims he has watched videos purchased on Defendant's Website and, therefore, denies said

allegations and demands strict proof thereof.   The second sentence of Paragraph 46 of Plaintiffs' Complaint requires a legal conclusion and, therefore, no response is required.

47.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 47 of Plaintiffs' Complaint regarding Plaintiff Higginbotham's claim he "had a Pinterest account, a Pinterest profile, and a Pinterest User ID associated with such profile" and, therefore, denies said allegations and demands strict proof thereof.  Defendant denies as phrased the remainder of the allegations set forth in Paragraph 47 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

48.     Defendant is without sufficient information and knowledge to form a belief as to whether Plaintiff Higginbotham "has watched the prerecorded videos" as alleged in Paragraph 48 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof. Defendant denies as phrased the remainder of the allegations set forth in Paragraph 48 of Plaintiffs' Complaint, and states, for the sake of clarity and completeness, that the on-demand Zumba Instructor Training Course is not a standalone pre-recorded video; rather, the Course, which is a business-to-business training taken by dance/fitness professionals to enable them to obtain an intellectual property license to promote and teach Zumba classes to the public, consists of various components including course materials in the form of .pdfs, quizzes, and numerous standalone videos on different aspects of the Zumba program and its component parts.

49.     Defendant denies the allegations set forth in Paragraph 49 of Plaintiffs' Complaint.

50.     Defendant denies the allegations set forth in Paragraph 50 of Plaintiffs' Complaint.

51.     Defendant denies the allegations set forth in Paragraph 51 of Plaintiffs' Complaint.

52.     Defendant denies as phrased the allegations set forth in Paragraph 52 of Plaintiffs' Complaint.

53.     Defendant denies the allegations set forth in Paragraph 53 of Plaintiffs' Complaint.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

## V.     Defendant Zumba Fitness LLC

54.     Defendant admits the allegations set forth in Paragraph 54 of Plaintiffs' Complaint for jurisdictional purposes *only*.

55.     Defendant admits the allegations set forth in Paragraph 55 of Plaintiffs' Complaint.

56.     Defendant admits the allegations set forth in Paragraph 56 of Plaintiffs' Complaint for jurisdictional purposes *only*.

## JURISDICTION AND VENUE

57.     Defendant admits the allegations set forth in Paragraph 57 of Plaintiffs' Complaint for jurisdictional and venue purposes *only*.

58.     Defendant admits the allegations set forth in Paragraph 58 of Plaintiffs' Complaint for jurisdictional and venue purposes *only*.

## VIDEO PRIVACY PROTECTION ACT

59.     Defendant admits the allegations set forth in Paragraph 59 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

60.     Defendant admits the allegations set forth in Paragraph 60 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

61.     Defendant admits the allegations set forth in Paragraph 61 of Plaintiffs' Complaint *only* to the extent the referenced Senate Report speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

62.     Defendant admits the allegations set forth in Paragraph 62 of Plaintiffs' Complaint *only* to the extent the referenced Congressional Record speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  -  FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

63.     Defendant admits the allegations set forth in Paragraph 63 of Plaintiffs' Complaint *only* to the extent the referenced statements speak for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[2]

64.     Defendant admits the allegations set forth in Paragraph 64 of Plaintiffs' Complaint *only* to the extent the referenced statements speak for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[3]

65.     Defendant denies the allegations set forth in Paragraph 65 of Plaintiffs' Complaint.

## VIDEO PRIVACY PROTECTION ACT

## I.     Consumers' Personal Information has Real Market Value

66.     Defendant admits the allegations set forth in Paragraph 66 of Plaintiffs' Complaint *only* to the extent the referenced statements speak for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[4]

---

[2] Defendant admits the allegations set forth in Footnote 2 of Plaintiffs' Complaint *only* to the extent the information found at http://www.judiciary.senate.gov/meetings/the-video-privacy-protection-act-protecting-viewer-privacy-in-the-21stcentury speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[3] Defendant admits the allegations set forth in Footnote 3 of Plaintiffs' Complaint *only* to the extent the information found at franken.senate.gov speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[4] Defendant admits the allegations set forth in Footnote 4 of Plaintiffs' Complaint *only* to the extent the information found at https://www.ftc.gov/sites/default/files/documents/public_events/information-marketplace-merging-and-exchanging-consumer-date/transcript.pdf speaks for itself.  Defendant, however,

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

CASE NO.: 24-cv-61983-WPD

67.     Defendant admits the allegations set forth in Paragraph 67 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 5 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any rel7ief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[5]

68.     Defendant admits the allegations set forth in Paragraph 68 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 6 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[6]

69.     Defendant admits the allegations set forth in Paragraph 69 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 7 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[7]

---

denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[5] Defendant admits the allegations set forth in Footnote 5 of Plaintiffs' Complaint *only* to the extent the information found at https://www.wsj.com/articles/SB10001424052748703529004576160764037920274 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[6] Defendant admits the allegations set forth in Footnote 6 of Plaintiffs' Complaint *only* to the extent the information found at https://www.ftc.gov/sites/default/files/documents/public_statements/remarks-ftc-exploring-privacy-roundtable/091207privacyroundtable.pdf speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[7] Defendant admits the allegations set forth in Footnote 7 of Plaintiffs' Complaint *only* to the extent the information found at http://moneyland.time.com/2012/07/31/big-data-knows-what-youre-doing-right-now/ speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700 - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

70.     Defendant admits the allegations set forth in Paragraph 70 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 8 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[8]

71.     Defendant admits the allegations set forth in Paragraph 71 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 9 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[9]

72.     Defendant admits the allegations set forth in Paragraph 72 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 10 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[10]

---

[8] Defendant admits the allegations set forth in Footnote 8 of Plaintiffs' Complaint *only* to the extent the information found at https://www.nytimes.com/2012/06/17/technology/acxiom-the-quiet-giant-of-consumer-database-marketing.html#:-
:text=It's%20called%20the%20Acxiom%20Corporation,to%20know%20much%20C%20much%20more speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[9] Defendant admits the allegations set forth in Footnote 9 of Plaintiffs' Complaint *only* to the extent the information found at https://www.commerce.senate.gov/services/files/3bb94703-5ac8-4157-a97b-%20a658c3c3061c speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[10] Defendant admits the allegations set forth in Footnote 10 of Plaintiffs' Complaint *only* to the extent the information found at https://www.markey.senate.gov/news/press-releases/bipartisan-group-of-lawmakers-query-data-brokers-about-practices-involving-consumers-personal-information speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

73.     Defendant admits the allegations set forth in Paragraph 73 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 11 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[11]

74.     Defendant admits the allegations set forth in Paragraph 74 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 12 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[12]

75.     Defendant denies the allegations set forth in Paragraph 75 of Plaintiffs' Complaint.

## II.     Consumers Place Monetary Value on Their Privacy and Consider Privacy Practices When Making Purchases

76.     Defendant is without sufficient information and knowledge to form a belief as to the allegations set forth in Paragraph 76 of Plaintiffs' Complaint and, therefore, denies said allegations and demands strict proof thereof.

77.     Defendant admits the allegations set forth in Paragraph 77 of Plaintiffs' Complaint *only* to the extent the referenced survey speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class

---

[11] Defendant admits the allegations set forth in Footnote 11 of Plaintiffs' Complaint *only* to the extent the information found at https://www.nytimes.com/2007/05/20/business/20tele.html speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[12] Defendant admits the allegations set forth in Footnote 12 of Plaintiffs' Complaint *only* to the extent the referenced FTC notes speak for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[13][14]

78.     Defendant admits the allegations set forth in Paragraph 78 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 15 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[15]

79.     Defendant admits the allegations set forth in Paragraph 79 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 16 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[16]

---

[13] Defendant admits the allegations set forth in Footnote 13 of Plaintiffs' Complaint *only* to the extent the information found at http://www.theagitator.net/wp-content/uploads/012714_ConsumerConfidenceReport_US1.pdf speak for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[14] Defendant admits the allegations set forth in Footnote 14 of Plaintiffs' Complaint *only* to the extent the information found at http://www.theagitator.net/wp-content/uploads/012714_ConsumerConfidenceReport_US1.pdf speak for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[15] Defendant admits the allegations set forth in Footnote 15 of Plaintiffs' Complaint *only* to the extent the information found at https://www.nytimes.com/2012/02/13/technology/start-ups-aim-to-help-users-put-a-price-on-their-personal-data.html speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[16] Defendant admits the allegations set forth in Footnote 16 of Plaintiffs' Complaint *only* to the extent the information found at *The Effect of Online Privacy Information on Purchasing Behavior*, 22(2) Information Systems Research 254, 254 (2011) and https://www.enisa.europa.eu/publications/monetising-privacy speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

80.     Defendant admits the allegations set forth in Paragraph 80 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 17 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[17]

### III.     Defendant is a Video Tape Service Provider

81.     Defendant denies as phrased the allegations set forth in Paragraph 81 of Plaintiffs' Complaint.

82.     Defendant denies as phrased the allegations set forth in Paragraph 82 of Plaintiffs' Complaint.

83.     Defendant admits the allegations set forth in Paragraph 83 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph and the information contained in Footnote 18 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[18]

84.     Defendant admits the allegations set forth in Paragraph 84 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 83 and the information contained in Footnote 19 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[19]

---

[17] Defendant admits the allegations set forth in Footnote 17 of Plaintiffs' Complaint *only* to the extent the information found at https://www.comp.nus.edu.sg/-ipng/research/privacy.pdf speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[18] Defendant admits the allegations set forth in Footnote 18 of Plaintiffs' Complaint *only* to the extent the information found at https://www.zumba/com/en-US/trainings speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[19] Defendant admits the allegations set forth in Footnote 19 of Plaintiffs' Complaint *only* to the extent the information found at https://www.zumba/com/en-US/trainings speaks for itself.

85.     Defendant admits the allegations set forth in Paragraph 85 of Plaintiffs' Complaint *only* to the extent the information contained in Footnote 20 of Plaintiffs' Complaint speaks for itself.   Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[20]

86.     Defendant admits the allegations set forth in Paragraph 86 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 83 speaks for itself.   Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment

87.     Defendant admits the allegations set forth in Paragraph 87 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph and the information contained in Footnote 21  of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[21]

88.     Defendant admits the allegations set forth in Paragraph 88 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 87 speaks for itself.   Defendant,

---

Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[20] Defendant admits the allegations set forth in Footnote 20 of Plaintiffs' Complaint *only* to the extent the information found at https://www.zumba/com/en-US/become-a-zumba-instructor speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[21] Defendant admits the allegations set forth in Footnote 21 of Plaintiffs' Complaint *only* to the extent      the      information      found      at      https://www.zumba/com/en-US/class_search?searchType=vod&startDate=2024-10-21&startTime=0&endTime=24&days=&workoutLevels=any&orderBy=weighted&classTypes=zumba%2Czumba-step%2Czumba-toning%2Caqua-zumba%2Czumba-sentao%2Czumba-gold%2Czumba-gold-toning%2Czumba-kids-jr%2Czumba-in-the-circuit&music=&showSavedInstructorsFirst=1 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  -  FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment

## IV.   Defendant Purportedly Uses Tracking Pixels on the Website to Systemically Disclose its Customers' Private Video Information to Meta and Pinterest

89.   Paragraph 89 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

90.   Paragraph 90 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph. .

91.   Paragraph 91 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

92.   Paragraph 92 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

93.   Paragraph 93 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

94.   Paragraph 94 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

95.   Defendant denies the allegations set forth in Paragraph 95  of Plaintiffs' Complaint.

### A.   The Meta Pixel

96.   Defendant denies the allegations set forth in Paragraph 96 of Plaintiffs' Complaint.

97.   Defendant denies the allegations set forth in Paragraph 97 of Plaintiffs' Complaint.

98.   Paragraph 98 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

99.   Paragraph 99 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

100.   Defendant denies the allegations set forth in Paragraph 100 of Plaintiffs' Complaint.

101.   Defendant admits the allegations set forth in Paragraph 101 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 22 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any

wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[22]

102.    Paragraph 102 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

103.    Defendant admits the allegations set forth in Paragraph 103 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnotes 23 and 24 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[23][24]

104.    Defendant admits the allegations set forth in Paragraph 104 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 25 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[25]

---

[22] Defendant admits the allegations set forth in Footnote 22 of Plaintiffs' Complaint *only* to the extent the information found at https://about.fb.com/company-info./ speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[23] Defendant admits the allegations set forth in Footnote 23 of Plaintiffs' Complaint *only* to the extent the information found at https://developers.facebook.com/docs/meta-pixel/get-started/ speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[24] Defendant admits the allegations set forth in Footnote 24 of Plaintiffs' Complaint *only* to the extent the information found at www.facebook.com/4 and www.facebook.com/zuck speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[25] Defendant admits the allegations set forth in Footnote 25 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/business/help/742478679129153?id=1205376682832142 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700 - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

105.    Defendant admits the allegations set forth in Paragraph 105 of Plaintiffs' Complaint *only* to the extent the referenced information contained in Footnote 26 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[26]

106.    Defendant admits the allegations set forth in Paragraph 106 of Plaintiffs' Complaint *only* to the extent the referenced Business Tools Terms speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

107.    Defendant admits the allegations set forth in Paragraph 107 of Plaintiffs' Complaint *only* to the extent the referenced Business Tools Terms speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.[27]

108.    Defendant admits the allegations set forth in Paragraph 108 of Plaintiffs' Complaint *only* to the extent the referenced Business Tools Terms speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.[28]

---

[26] Defendant admits the allegations set forth in Footnote 26 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/legal/technology_terms  speaks for itself.   Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[27] Defendant admits the allegations set forth in Footnote 27 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/legal/technology_terms  speaks for itself.   Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[28] Defendant admits the allegations set forth in Footnote 28 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/legal/technology_terms  speaks for itself.   Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

109.     Defendant admits the allegations set forth in Paragraph 109 of Plaintiffs' Complaint *only* to the extent the referenced Business Tools Terms speaks for themselves. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.[29]

110.     Paragraph 110 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

111.     Paragraph 111 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

112.     Paragraph 112 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

113.     Defendant admits the allegations set forth in Paragraph 113 of Plaintiffs' Complaint *only* to the extent the referenced Business Tools Terms speaks for themselves. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.[30]

114.     Paragraph 114 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[31]

---

[29] Defendant admits the allegations set forth in Footnote 29 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/legal/technology_terms speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[30] Defendant admits the allegations set forth in Footnote 30 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/legal/technology_terms speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[31] Defendant admits the allegations set forth in Footnote 31 of Plaintiffs' Complaint *only* to the extent the information found at https://www.facebook.com/business/goals/retargeting?checkpoint_src=any speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

115.    Paragraph 115 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

116.    Paragraph 116 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

117.    Defendant denies the allegations set forth in Paragraph 117 of Plaintiffs' Complaint.

118.    Defendant denies the allegations set forth in Paragraph 118 of Plaintiffs' Complaint.

119.    Defendant denies the allegations set forth in Paragraph 119 of Plaintiffs' Complaint.

120.    Defendant admits the allegations set forth in Paragraph 120 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph and information contained within Footnote 32 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[32]

121.    Defendant denies the allegations set forth in Paragraph 121 of Plaintiffs' Complaint.

122.    Defendant denies the allegations set forth in Paragraph 122 of Plaintiffs' Complaint.

123.    Defendant denies the allegations set forth in Paragraph 123 of Plaintiffs' Complaint.

124.    Defendant denies the allegations set forth in Paragraph 124 of Plaintiffs' Complaint.

125.    Defendant denies the allegations set forth in Paragraph 125 of Plaintiffs' Complaint.

126.    Defendant admits the allegations set forth in Paragraph 126 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph and information contained within Footnote 33 of Plaintiffs' Complaint speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.[33]

---

[32] Defendant admits the allegations set forth in Footnote 32 of Plaintiffs' Complaint *only* to the extent the information found at https://www.zumba/com/en-US/training/register#/category speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[33] Defendant admits the allegations set forth in Footnote 33 of Plaintiffs' Complaint *only* to the extent Plaintiffs claim "the name of [the] individual who purchased the on-demand video materials and the name of the materials they purchased are circled in" the superimposed image contained in Paragraph 126 of Plaintiffs' Complaint.

127.     Defendant denies the allegations set forth in Paragraph 127 of Plaintiffs' Complaint.

128.     Defendant denies the allegations set forth in Paragraph 128 of Plaintiffs' Complaint.

129.     Defendant denies the allegations set forth in Paragraph 129 of Plaintiffs' Complaint.

130.     Defendant denies the allegations set forth in Paragraph 130 of Plaintiffs' Complaint.

131.     Defendant denies the allegations set forth in Paragraph 131 of Plaintiffs' Complaint.

132.     Defendant denies the allegations set forth in Paragraph 132 of Plaintiffs' Complaint.

133.     Defendant denies the allegations set forth in Paragraph 133 of Plaintiffs' Complaint.

134.     Defendant denies the allegations set forth in Paragraph 134 of Plaintiffs' Complaint.

135.     Defendant denies the allegations set forth in Paragraph 135 of Plaintiffs' Complaint.

136.     Defendant denies the allegations set forth in Paragraph 136 of Plaintiffs' Complaint.

137.     Paragraph 137 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

138.     Defendant denies the allegations set forth in Paragraph 138 of Plaintiffs' Complaint.

139.     Paragraph 139 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

140.     Defendant denies the allegations set forth in Paragraph 140 of Plaintiffs' Complaint.

141.     Defendant denies the allegations set forth in Paragraph 141 of Plaintiffs' Complaint.

142.     Defendant denies the allegations set forth in Paragraph 142 of Plaintiffs' Complaint.

143.     Defendant denies the allegations set forth in Paragraph 143 of Plaintiffs' Complaint.

144.     Defendant denies the allegations set forth in Paragraph 144 of Plaintiffs' Complaint.

145.     Defendant denies the allegations set forth in Paragraph 145 of Plaintiffs' Complaint.

146.     Defendant denies the allegations set forth in Paragraph 146 of Plaintiffs' Complaint.

**B.     Pinterest**

147.     Defendant denies the allegations set forth in Paragraph 147 of Plaintiffs' Complaint.

148.     Paragraph 148 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

149.     Defendant denies the allegations set forth in Paragraph 149 of Plaintiffs' Complaint.

150.     Defendant denies the allegations set forth in Paragraph 150 of Plaintiffs' Complaint.

151.     Defendant denies the allegations set forth in Paragraph 151 of Plaintiffs' Complaint.

152.     Defendant denies the allegations set forth in Paragraph 152 of Plaintiffs' Complaint.

153.     Defendant denies the allegations set forth in Paragraph 153 of Plaintiffs' Complaint.

154.    Defendant denies the allegations set forth in Paragraph 154 of Plaintiffs' Complaint.

**C.    Google**

155.    Defendant denies the allegations set forth in Paragraph 155 of Plaintiffs' Complaint.

156.    Paragraph 156 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[34]

157.    Paragraph 157 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[35]

158.    Paragraph 158 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[36]

159.    Paragraph 159 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[37]

160.    Paragraph 160 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[38]

---

[34] Defendant admits the allegations set forth in Footnote 34 of Plaintiffs' Complaint *only* to the extent the information found at https://developers.google.com/analytics/devguides/collection/ga4 speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[35] Defendant admits the allegations set forth in Footnote 35 of Plaintiffs' Complaint *only* to the extent the information found at https://developers.google.com/analytics/devguides/collection/ga4/tag-options speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[36] Defendant admits the allegations set forth in Footnote 36 of Plaintiffs' Complaint *only* to the extent the information found at https://developers.google.com/analytics/devguides/collection/ga4/tag-options speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[37] Defendant admits the allegations set forth in Footnote 37 of Plaintiffs' Complaint *only* to the extent the information found at https://developers.google.com/analytics/devguides/collection/ga4/events?client_type=gtag speaks for itself. Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

[38] Defendant admits the allegations set forth in Footnote 38 of Plaintiffs' Complaint *only* to the extent the information found at  https://support.google.com/analytics/answer/9267735 speaks for

161.     Paragraph 161 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

162.     Paragraph 162 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[39]

163.     Defendant denies the allegations set forth in Paragraph 163 of Plaintiffs' Complaint.

164.     Defendant denies the allegations set forth in Paragraph 164 of Plaintiffs' Complaint.

165.     Defendant admits the allegations set forth in Paragraph 165 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

166.     Defendant admits the allegations set forth in Paragraph 166 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 165 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

167.     Defendant admits the allegations set forth in Paragraph 167 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

168.     Defendant admits the allegations set forth in Paragraph 168 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 167 speaks for itself.  Defendant,

---

itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[39] Defendant admits the allegations set forth in Footnote 39 of Plaintiffs' Complaint *only* to the extent the                information                found                at https://developers.google.com/analytics/devguides/collection/protocol/ga4/sending-events?client_type=firebase speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700 - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

169.    Paragraph 169 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

170.    Defendant denies the allegations set forth in Paragraph 170 of Plaintiffs' Complaint.

171.    Defendant admits the allegations set forth in Paragraph 171 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

172.    Defendant denies the allegations set forth in Paragraph 172 of Plaintiffs' Complaint.

173.    Defendant denies the allegations set forth in Paragraph 173 of Plaintiffs' Complaint.

174.    Defendant denies the allegations set forth in Paragraph 174 of Plaintiffs' Complaint.

175.    Defendant denies as phrased the allegations set forth in Paragraph 175 of Plaintiffs' Complaint.

176.    Defendant denies the allegations set forth in Paragraph 176 of Plaintiffs' Complaint.

**D.    Twitter**

177.    Defendant denies the allegations set forth in Paragraph 177 of Plaintiffs' Complaint.

178.    Paragraph 178 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[40]

179.    Paragraph 179 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[41]

---

[40] Defendant admits the allegations set forth in Footnote 40 of Plaintiffs' Complaint *only* to the extent the information found at the referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[41] Defendant admits the allegations set forth in Footnote 41 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

180.     Paragraph 180 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[42]

181.     Paragraph 181 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

182.     Paragraph 182 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

183.     Defendant denies the allegations set forth in Paragraph 183 of Plaintiffs' Complaint.

184.     Defendant denies the allegations set forth in Paragraph 184 of Plaintiffs' Complaint.

185.     Defendant admits the allegations set forth in Paragraph 185 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 165 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

186.     Defendant admits the allegations set forth in Paragraph 186 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

187.     Defendant admits the allegations set forth in Paragraph 187 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 186 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

188.     Defendant denies the allegations set forth in Paragraph 188 of Plaintiffs' Complaint.

189.     Paragraph 189 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

---

[42] Defendant admits the allegations set forth in Footnote 42 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

190.     Defendant denies the allegations set forth in Paragraph 190 of Plaintiffs' Complaint.

191.     Defendant denies the allegations set forth in Paragraph 191 of Plaintiffs' Complaint.

192.     Defendant denies as phrased the allegations set forth in Paragraph 192 of Plaintiffs' Complaint.

193.     Defendant denies the allegations set forth in Paragraph 193 of Plaintiffs' Complaint.

**E.     Hubspot**

194.     Defendant denies the allegations set forth in Paragraph 194 of Plaintiffs' Complaint.

195.     Paragraph 195 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[43]

196.     Paragraph 196 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[44]

197.     Paragraph 197 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[45]

198.     Paragraph 198 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[46]

---

[43] Defendant admits the allegations set forth in Footnote 43 of Plaintiffs' Complaint *only* to the extent the information found at the referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[44] Defendant admits the allegations set forth in Footnote 44 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[45] Defendant admits the allegations set forth in Footnote 45 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[46] Defendant admits the allegations set forth in Footnote 46 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

199.    Paragraph 199 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

200.    Paragraph 200 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

201.    Defendant denies the allegations set forth in Paragraph 201 of Plaintiffs' Complaint.

202.    Defendant denies the allegations set forth in Paragraph 202 of Plaintiffs' Complaint.

203.    Defendant admits the allegations set forth in Paragraph 203 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 165 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

204.    Defendant admits the allegations set forth in Paragraph 204 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

205.    Defendant admits the allegations set forth in Paragraph 205 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 204 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

206.    Paragraph 206 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

207.    Defendant denies the allegations set forth in Paragraph 207 of Plaintiffs' Complaint.

208.    Defendant denies the allegations set forth in Paragraph 208 of Plaintiffs' Complaint.

209.    Defendant denies the allegations set forth in Paragraph 209 of Plaintiffs' Complaint.

210.    Defendant denies as phrased the allegations set forth in Paragraph 210 of Plaintiffs' Complaint.

211.    Defendant denies the allegations set forth in Paragraph 211 of Plaintiffs' Complaint.

**F.      NextRoll**

212.    Defendant denies the allegations set forth in Paragraph 212 of Plaintiffs' Complaint.

213.     Paragraph 213 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[47]

214.     Paragraph 214 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[48]

215.     Paragraph 215 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[49]

216.     Paragraph 216 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

217.     Paragraph 217 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

218.     Defendant denies the allegations set forth in Paragraph 218 of Plaintiffs' Complaint.

219.     Defendant denies the allegations set forth in Paragraph 219 of Plaintiffs' Complaint.

220.     Defendant admits the allegations set forth in Paragraph 220 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 165 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

221.     Defendant admits the allegations set forth in Paragraph 221 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that

---

[47] Defendant admits the allegations set forth in Footnote 47 of Plaintiffs' Complaint *only* to the extent the information found at the referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[48] Defendant admits the allegations set forth in Footnote 48 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[49] Defendant admits the allegations set forth in Footnote 49 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

222.   Defendant admits the allegations set forth in Paragraph 222 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 221 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

223.   Paragraph 223 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

224.   Defendant denies the allegations set forth in Paragraph 224 of Plaintiffs' Complaint.

225.   Defendant denies the allegations set forth in Paragraph 225 of Plaintiffs' Complaint.

226.   Defendant denies the allegations set forth in Paragraph 226 of Plaintiffs' Complaint.

227.   Defendant denies as phrased the allegations set forth in Paragraph 227 of Plaintiffs' Complaint.

228.   Defendant denies the allegations set forth in Paragraph 228 of Plaintiffs' Complaint.

**G.      theTradeDesk**

229.   Defendant denies the allegations set forth in Paragraph 229 of Plaintiffs' Complaint.

230.   Paragraph 230 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[50]

231.   Paragraph 231 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[51]

232.   Paragraph 232 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

---

[50] Defendant admits the allegations set forth in Footnote 50 of Plaintiffs' Complaint *only* to the extent the information found at the referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[51] Defendant admits the allegations set forth in Footnote 51 Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

233.    Paragraph 233 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

234.    Paragraph 234 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[52][53]

235.    Paragraph 235 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

236.    Paragraph 236 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

237.    Defendant denies the allegations set forth in Paragraph 237 of Plaintiffs' Complaint.

238.    Defendant denies the allegations set forth in Paragraph 238 of Plaintiffs' Complaint.

239.    Defendant admits the allegations set forth in Paragraph 239 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 165 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

240.    Defendant admits the allegations set forth in Paragraph 240 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

241.    Paragraph 241 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

242.    Defendant denies the allegations set forth in Paragraph 242 of Plaintiffs' Complaint.

---

[52] Defendant admits the allegations set forth in Footnote 52 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[53] Defendant admits the allegations set forth in Footnote 53 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

243.    Defendant denies the allegations set forth in Paragraph 243 of Plaintiffs' Complaint.

244.    Defendant denies the allegations set forth in Paragraph 244 of Plaintiffs' Complaint.

245.    Defendant denies as phrased the allegations set forth in Paragraph 245 of Plaintiffs' Complaint.

246.    Defendant denies the allegations set forth in Paragraph 246 of Plaintiffs' Complaint.

**H.     Mountain**

247.    Defendant denies the allegations set forth in Paragraph 247 of Plaintiffs' Complaint.

248.    Paragraph 248 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[54]

249.    Paragraph 249 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[55]

250.    Paragraph 250 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

251.    Paragraph 251 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.[56]

252.    Paragraph 252 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

253.    Paragraph 253 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

---

[54] Defendant admits the allegations set forth in Footnote 54 of Plaintiffs' Complaint *only* to the extent the information found at the referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[55] Defendant admits the allegations set forth in Footnote 55 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

[56] Defendant admits the allegations set forth in Footnote 56 of Plaintiffs' Complaint *only* to the extent the information found at  referenced website link speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

254.    Paragraph 254 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

255.    Defendant denies the allegations set forth in Paragraph 255 of Plaintiffs' Complaint.

256.    Defendant denies the allegations set forth in Paragraph 256 of Plaintiffs' Complaint.

257.    Defendant admits the allegations set forth in Paragraph 257 of Plaintiffs' Complaint *only* to the extent the superimposed image within Paragraph 165 speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

258.    Defendant admits the allegations set forth in Paragraph 258 of Plaintiffs' Complaint *only* to the extent the superimposed image within said Paragraph speaks for itself.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

259.    Paragraph 259 of Plaintiffs' Complaint does not assert an allegation directly against Defendant and, therefore, Defendant has no response to said Paragraph.

260.    Defendant denies the allegations set forth in Paragraph 260 of Plaintiffs' Complaint.

261.    Defendant denies the allegations set forth in Paragraph 261 of Plaintiffs' Complaint.

262.    Defendant denies the allegations set forth in Paragraph 262 of Plaintiffs' Complaint.

263.    Defendant denies as phrased the allegations set forth in Paragraph 263 of Plaintiffs' Complaint.

264.    Defendant denies the allegations set forth in Paragraph 264 of Plaintiffs' Complaint.

## PUTATIVE CLASS ACTION ALLEGATIONS

265.    Defendant admits the allegations set forth in Paragraph 265 of Plaintiffs' Complaint *only* to the extent Plaintiffs purport this to be a putative class action.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

266.    Defendant denies the allegations set forth in Paragraph 266 of Plaintiffs' Complaint *only* to the extent Plaintiffs purport this to be a putative class action.  Defendant further this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

267.    Defendant denies the allegations set forth in Paragraph 267 of Plaintiffs' Complaint *only* to the extent Plaintiffs purport this to be a putative class action.  Defendant further this case is suitable for class action treatment.

268.    Defendant denies the allegations set forth in Paragraph 268 of Plaintiffs' Complaint *only* to the extent Plaintiffs purport this to be a putative class action.  Defendant further this case is suitable for class action treatment.

269.    Defendant denies the allegations set forth in Paragraph 269 of Plaintiffs' Complaint *only* to the extent Plaintiffs purport this to be a putative class action.  Defendant further this case is suitable for class action treatment.

270.    Defendant denies the allegations set forth in Paragraph 270 of Plaintiffs' Complaint *only* to the extent Plaintiffs purport this to be a putative class action.  Defendant further this case is suitable for class action treatment.

### ALLEGED CAUSE OF ACTION
**Purported Violation of the Video Privacy Protection Act, 18 U.S.C. § 2710**

271.    Defendant adopts and incorporates its responses to Paragraphs 1-270 of Plaintiffs' Complaint as if fully set forth herein.

272.    Defendant admits the allegations set forth in Paragraph 272 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

273.    Defendant admits the allegations set forth in Paragraph 273 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

274.    Defendant admits the allegations set forth in Paragraph 274 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

275.    Defendant admits the allegations set forth in Paragraph 275 of Plaintiffs' Complaint *only* to the extent the provisions of VPPA speaks for themselves.  Defendant, however, denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever.  Defendant further denies this case is suitable for class action treatment.

276.    Defendant denies the allegations set forth in Paragraph 276 of Plaintiffs' Complaint.

277.    Defendant denies the allegations set forth in Paragraph 277 of Plaintiffs' Complaint.

278.    Defendant denies the allegations set forth in Paragraph 278 of Plaintiffs' Complaint.

279.    Defendant denies the allegations set forth in Paragraph 279 of Plaintiffs' Complaint.

280.    Defendant denies the allegations set forth in Paragraph 280 of Plaintiffs' Complaint.

## PLAINTIFFS' PRAYER FOR RELIEF

Defendant denies it violated any laws and/or otherwise committed any wrongdoing and that Plaintiffs, or any putative class members, is/are entitled to any relief in this matter whatsoever. Defendant further denies this case is suitable for class action treatment.

WHEREFORE, Defendant respectfully requests this Honorable Court enter judgment against Plaintiffs as to all issues and matters set forth in Plaintiffs' Complaint, and requests all relief to which Defendant is entitled, including, but not limited to, costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, along with any and all other relief this Court deems just and proper in light of the foregoing.

## GENERAL DENIAL

Defendant denies each allegation of Plaintiffs' Complaint not specifically admitted herein.

## JURY DEMAND

Defendant, pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demands a trial by jury on all issues so triable as a matter of right.

## AFFIRMATIVE DEFENSES

For its additional defenses and without admitting that Defendant bears the burden of proof as to any defenses in this action, Defendant asserts the following affirmative defenses:

1.    Plaintiffs' (and any putative class members') claims are barred, in whole or in part, based upon the doctrines of unclean hands, estoppel, waiver, and/or other doctrines or theories of equity, to the extent Plaintiffs (and any putative class members) consented to any purported disclosure of their personally identifiable information.

2.      Plaintiffs' (and any putative class members') claims are barred, in whole or in part, based upon the doctrines of acquiescence, ratification, and consent, to the extent Plaintiffs (and any putative class members) consented to any purported disclosure of their personally identifiable information.

3.      Plaintiffs' claims and the claims of the members of the putative class they purport to represent are barred in whole or in part as a result of their failure to mitigate their alleged damages, if any, and any recovery should be reduced in proportion to their failure to mitigate such purported damages.

4.      If damages as alleged in the Complaint were actually sustained by Plaintiffs (or any putative class member), which the Defendant denies, then said damages were caused solely by or contributed by the acts, omissions, and fault of third parties, persons and/or entities that may be at fault for the damages alleged.

5.      There can be no putative class, as Plaintiffs' claims do not support class treatment as, among other things, whether and to what extent Defendant's alleged conduct has caused purported injury or damage is only dependent upon individualized inquiries of each putative class member. Plaintiffs also lack standing to represent any putative class members whose experiences as to Defendant differ from Plaintiffs' alleged experiences.

6.      The Court lacks subject matter jurisdiction because Plaintiffs and the putative class members lack standing under Article III of the United States Constitution.

7.      Plaintiffs' and the putative class members' claims are barred, in whole in part, because Defendant did not knowingly disclose Plaintiffs' and the putative class members' alleged personally identifiable information.

8.      Plaintiffs' and the putative class members' claims are barred, in whole or in part, because any disclosures allegedly made by Defendant were made incident to the ordinary course of Defendant's business.

9.      Plaintiffs' and the putative class members' claims are barred, in whole or in part, because their reading of the VPPA would be barred by the First Amendment of the United States Constitution.

10.     Plaintiffs' and the putative class members' claims are barred, in whole or in part, because the acts, omissions, conduct, damages, loss, and/or injuries complained of were proximately caused by persons or entities other than Defendant.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 2700  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

11.    Plaintiffs' and the putative class members' claims are barred, in whole in part, because they have not suffered any injuries or incurred any damages.

12.    Plaintiffs' and the putative class members' claims are barred, in whole or in part, because any injuries or damages resulted from their acts and/or omissions.

13.    If Plaintiffs or the putative class members have been injured or damaged, any damage, loss, or liability sustained by Plaintiffs or the putative class members must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendant under the principles of equitable allocation, recoupment, set-off, proportionate, responsibility, and comparative fault.

14.    Any claims of Plaintiffs and the putative class members against Defendant for punitive damages should be dismissed because an award of punitive damages would violate Defendant's Due Process rights as guaranteed by the United States Constitution and the Due Process provisions of the Constitutions of the State of Florida, and any other applicable state.

15.    Plaintiffs fail to state a VPPA claim, as: 1) the alleged disclosures by Zumba are not PII, and Plaintiffs fail to plausibly allege Zumba disclosed PII connecting *Plaintiffs* to any *specific* video materials obtained or watched; 2) Plaintiffs fail to plausibly allege that the disclosure of their purported PII would, with little or no extra effort, permit an *ordinary person* to identify Plaintiffs' video-watching habits or that any purported disclosure was "reasonably and foreseeably likely to reveal . . . videos [a specific person] has obtained;" and 3) Plaintiffs fail to plausibly allege Zumba disclosed (let alone knowingly disclosed) Plaintiffs' PII to any third-party.

All possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore Defendant reserves the right to amend its Answer to allege additional Affirmative Defenses if subsequent investigation so warrants.

CASE NO.: 24-cv-61983-WPD

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2025, a true and correct copy of the foregoing has been filed and furnished to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
Counsel for Defendant, Zumba Fitness, LLC
110 Tower, 110 SE 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone (954) 703-3720
Facsimile (954) 703-3700
Primary e-mail: barry.postman@csklegal.com
                scott.bassman@csklegal.com
                matthew.green@csklegal.com

s/ Matthew A. Green
BARRY A. POSTMAN
Florida Bar No.:  991856
SCOTT A. BASSMAN
Florida Bar No. 232180
MATTHEW A. GREEN
Florida Bar No.: 1019717