**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CATHERINE KUEPPERS; WATANYA
BROWN, *individually and on behalf of all others*
*similarly situated*,

        Plaintiffs,

   v.

ZUMBA FITNESS, LLC,

        Defendant.

Case No. 24-cv-61983-WPD

**ORDER GRANTING IN PART JOINT MOTION**
**TO RESET CLASS CERTIFICATION BRIEFING SCHEDULE**

This Cause is before the Court on Parties' Joint Motion to Reset Class Certification Briefing Schedule [DE 52], filed herein on March 27, 2026. The Court has considered the Motion and is otherwise fully advised in the premises.

On June 24, 2026, the Court's Scheduling Order [DE 29] set September 14, 2026 as the Discovery Cutoff Deadline.

On November 24, 2025, Defendant filed an Unopposed Motion to Modify This Court's Scheduling Order to Implement Class Certification Briefing Schedule, requesting an initial deadline for Plaintiffs to file any motion for class certification of April 30, 2026, a response brief deadline of May 28, 2026, and a reply brief deadline for Plaintiffs of June 11, 2026. [DE 43]. The Unopposed Motion was granted the following day. [DE 44].

Parties now move to amend the class certification schedule requesting Plaintiffs' deadline to file a class certification motion to be July 30, 2026; Defendant's deadline to respond to be August 31, 2026; Plaintiffs' deadline to reply to be September 21, 2026. [DE 52].

Accordingly, it is **ORDERED AND ADJDUGED** that the Joint Motion [DE 52] is

**GRANTED IN PART** as follows:

1. Class certification motion deadline: June 15, 2026.

2. Response to class certification motion: July 15, 2026.

3. Reply to response to class certification motion: August 2, 2026.

4. Discovery Cutoff: September 14, 2026 (unchanged)

5. Nothing in this Order should be construed as modifying any deadline initially set in the

   Court's June 24, 2025 Scheduling Order [DE 29].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 30th day of

March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of Record