**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CATHERINE KUEPPERS; and WATANYA
BROWN, *individually and on behalf of all others*
*similarly situated*,

                    Plaintiffs,

   v.

ZUMBA FITNESS, LLC,

                    Defendant.

Case No. 24-cv-61983-WPD

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**LEAVE TO FILE UNDER SEAL**

Plaintiffs Catherine Kueppers and Watanya Brown, by and through their counsel, with the consent of Defendant Zumba Fitness, LLC, and pursuant to Local Rule 5.4(b) and the Protective Order entered by the Court on June 30, 2025 (ECF No. 32) hereby respectfully file this Unopposed Motion for Leave to File Under Seal (the "Motion", and in support thereof, states as follows:

1.      On June 30, 2025, the Court entered the Protective Order proposed by Plaintiffs and Defendant Zumba Fitness, LLC.  *See* ECF No. 32.

2.      In Paragraph 9, the Protective Order states that "The parties shall follow the Court's procedures for requests for filing under seal." *Id*. at 5.

3.      Local Rule 5.4(b) provides that:

If, prior to the issuance of a ruling on the motion to file under seal, the moving party elects or is required to publicly file a pleading, motion, memorandum, or other document that attaches or reveals the content of the proposed sealed material, then the moving party must redact from the public filing all content that is the subject of the motion to file under seal. If the Court grants the motion to file under seal, then

1

the moving party shall file any pleading, motion, memorandum, or other document that has been authorized to be filed under seal via CM/ECF using events specifically earmarked for sealed civil or criminal filings, but if a redacted filing previously has been made or is accompanying the sealed filing, then the material that is being filed under seal shall be filed as an attachment to a "Notice of Sealed Filing" which shall be filed via CM/ECF (using events specifically earmarked for sealed civil or criminal filings).

4.      Pursuant to an Order entered by this Court on March 31, 2026, Plaintiffs' Motion for Class Certification is due today, June 15, 2026.  *See* ECF No. 53.

5.      Plaintiffs have received evidence marked by Defendant and third parties as "Confidential" pursuant to the Protective Order during the discovery process in this action.

6.      Plaintiffs' Motion for Class Certification will reference and include as exhibits several of the documents designated as Confidential under the terms of the Protective Order.  The contents of those materials are not described further herein so as to not reveal the proposed sealed material.  *See* L.R. 5.4(b)(1).

7.      Consistent with the procedures of Local Rule 5.4(b), concurrently herewith Plaintiffs are filing  redacted versions of their Motion for Class Certification and the accompanying exhibits, and will submit unredacted versions of these submissions as attachments to a "Notice of Sealed Filing" if the Court grants this Motion.

8.      Plaintiffs' counsel has conferred with counsel for Defendant and been advised that Defendant does not oppose this Motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order (a) granting the instant Motion, (b) permitting Plaintiff to file under seal unredacted versions of the Motion for Class Certification and the accompanying exhibits publicly filed in redacted form.

Date: June 15, 2026                              Respectfully submitted,

/s/ *Frank S. Hedin*

Frank Hedin
HEDIN LLP
Florida Bar No. 109698
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

/s/ *Frank S. Hedin*

3