## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CATHERINE KUEPPERS; and WATANYA

BROWN, *individually and on behalf of all others*

*similarly situated*,

                 Plaintiffs,

   v.

ZUMBA FITNESS, LLC,

          Defendant.

Case No. 24-cv-61983-WPD

### ORDER GRANTING PLAINTIFFS' UNOPPOSED
### MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY

Plaintiffs Catherine Kueppers and Watanya Brown's Unopposed Motion for Leave to File

Exhibits Conventionally [DE 63] is **GRANTED**.

Plaintiffs may file the "native"-format exhibits to the Declaration of Frank S. Hedin in

Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives

and Class Counsel (ECF No. 58) conventionally by means of delivery of a USB flash drive to the

Clerk of Court's office in Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 23rd day of June,

2026.

WILLIAM P. DIMITROULEAS

United States District Judge

Copies to

Counsel of Record

1