**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CATHERINE KUEPPERS; and WATANYA
BROWN, individually and on behalf of all others
similarly situated,

        Plaintiffs,

      v.

ZUMBA FITNESS, LLC,

        Defendant.

Case No. 24-cv-61983-WPD

**NOTICE OF FILING ERRATA TO PLAINTIFFS' MOTION**
**TO CERTIFY CLASS AND APPOINT COUNSEL (ECF No. 57)**

Plaintiffs Catherine Kueppers and Watanya Brown, individually and on behalf of all others similarly situated, respectfully submit the attached Errata (and Exhibit 1 thereto (the Second Supplemental Weir Declaration and its exhibits)) to Plaintiffs' motion for class certification and appointment of counsel (ECF No. 57).

Date: July 3, 2026

Respectfully submitted,

/s/ *Frank S. Hedin*

Frank Hedin (FBN 109698)
HEDIN LLP
1395 Brickell Ave., Ste 610
Miami, FL 33131
(305) 357-2107
fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
HEDIN LLP
1100 15th St. NW, Ste 04-105K
Washington, D.C. 20005
(202) 900-3332
tsomes@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

/s/ *Frank S. Hedin*
