**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:24-cv-61983-WPD**

CATHERINE KUEPPERS and WATANYA BROWN,
individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

ZUMBA FITNESS, LLC,

       Defendant.

_____/

### ORDER GRANTING _UNOPPOSED_ MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

THIS CAUSE is before the Court on Defendant, Zumba Fitness, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiffs', Catherine Kueppers, and Watanya Brown, Motion for Class Certification. ("Motion") [DE 70]. The Court has reviewed the Motion and is otherwise duly advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion [DE 70] is **GRANTED**.  Zumba shall respond to Plaintiffs' Motion for Class Certification on or before July 22, 2026.

**DONE AND ORDERED** on this 8th day of July 2026, in Chambers at Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record