**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CIV-61983-WPD

CATHERINE KUEPPERS; and WATANYA BROWN, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

ZUMBA FITNESS, LLC,

Defendant.

**NOTICE OF PROPOSED CLASS-ACTION SETTLEMENT**
**AND JOINT REQUEST TO STAY UPCOMING DEADLINES**

Plaintiffs Catherine Kueppers and Watanya Brown, individually and on behalf of all others similarly situated, and Defendant Zumba Fitness, LLC (collectively, the "Parties") jointly notify the Court that the Parties have agreed upon material terms of a proposed class-action settlement of this matter and earlier today executed a term sheet setting forth those terms. The Parties are presently working together to memorialize the terms of the proposed settlement in a formal settlement agreement, retain a proposed settlement administrator, and formulate a proposed notice plan (including proposed notices to the Class). The Parties' Settlement will then be presented to the Court for preliminary and final approval.

The Parties have agreed to complete this process and execute a formal settlement agreement within fourteen (14) days from today, and Plaintiffs and Class Counsel have agreed to submit a motion for preliminary approval of the proposed settlement – which will also seek the Court's approval of class notices apprising Class members of both the Court's order granting class certification and the Parties' proposed settlement – within fourteen (14) days from the Parties' execution of the settlement agreement. Thus, Plaintiffs will move for preliminary approval of the Parties' proposed class-action settlement (including approval of the form and manner of the Parties' proposed class notices) within twenty-eight (28) days from today.

Accordingly, to avoid sending Class members two different class notices back-to-back, the Parties respectfully request that the Court stay the Parties' current August 28, 2026 deadline to submit proposed Class notices for the Court's approval (as set by the Court in its Order granting class certification (ECF No. 85 at 19)), as well as all other deadlines in the case, pending the Court's resolution of Plaintiffs' forthcoming motion for preliminary approval.

Counsel for the Parties are available at the Court's convenience to provide any additional information the Court may require concerning the Parties' proposed settlement or their request for a stay of upcoming deadlines.

Date: August 28, 2026

Respectfully submitted,

/s/ *Frank S. Hedin*
Frank S. Hedin (FBN 109698)
HEDIN LLP
1395 Brickell Ave, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Tel: (202) 900-3332
Fax: (305) 200-8801
tsomes@hedinllp.com

*Class Counsel*

/s/ *Matthew A. Green .*
Barry A. Postman (FBN 991856)
Matthew A. Green (FBN 1019717)
COLE, SCOTT & KISSANE, P.A.
110 Tower, 110 S.E. 6th Street, Ste 2700
Fort Lauderdale, Florida 33301
Tel: (954) 703-3700
Fax: (954) 703-3701
barry.postman@csklegal.com
matthew.green@csklegal.com

*Counsel for Defendant*