UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61983-WPD

CATHERINE KUEPPERS
and WATANYA BROWN,
individually and on behalf of
all others similarly situated,

Plaintiffs,

v.

ZUMBA FITNESS, LLC,

Defendant.
______________________________________/

**ORDER**

THIS CAUSE is before the Notice of Proposed Class-Action Settlement and Joint Request to Stay Upcoming Deadlines (the "Motion"), filed herein on August 28, 2026. [DE 86]. The Court has reviewed the Notice and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The August 28, 2026 deadline by which to submit proposed Class notices for the Court's approval is terminated.
2. Plaintiffs' motion for preliminary approval of Parties' proposed class action settlement, including Plaintiffs' motion for the Court's approval of class notices, is due by September 14, 2026.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 31st day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record