**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| CATHERINE KUEPPERS; and WATANYA BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUMBA FITNESS, LLC,<br><br>Defendant. | CASE NO.: 24-cv-61983-WPD |

**DECLARATION OF JACOB J. KAMENIR ON BEHALF OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.,**

I, Jacob Kamenir, declare as follows:

1. I am Vice President for Legal Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator located at 3194-C Airport Loop Dr., Costa Mesa, California 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I am personally familiar with the details outlined here and believe them to be accurate and true.

2. I am an attorney licensed to practice in Minnesota, and hold a Master of Science in Industrial Administration (a variant of an MBA) from Purdue University. I have an extensive background in data analytics and legal marketing, and co-lead Simpluris' legal noticing team. I have developed and overseen, in whole or in part, hundreds of Notice Plans and administrations, and have given both written and oral testimony on notice and administration procedures in federal and state courts.

3. Simpluris has been administering class actions since 2007, in which time we have been appointed in over 10,000 cases and distributed over $10 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*,

Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

4. Simpluris has no affiliation with counsel for this matter.

## PRIVACY AND SECURITY

### Overview

5. Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to prevent both external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security. Our systems are monitored, tested, and constantly upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

6. Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs (AICPA) to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm.

7. As an approved Redress Administrator for the FTC, and approved Fund Administrator for the SEC, Simpluris maintains Federal Information Security Management Act ("FISMA") and National Institute of Standards and Technology ("NIST") certification for data security.

**Security and Access Controls**

8. In compliance with the above certifications, Simpluris maintains strict physical and electronic access controls. For physical infrastructure and equipment these include access logs, video monitoring, and alarm systems. For electronic systems, this includes comprehensive, constantly monitored and updated, best-in-class anti-intrusion and anti-exfiltration measures. Access privileges to all computers, including individual employee workstations, is limited to the minimum required. Requests for additional privileges must be approved by both the employee's manager and IT security.

**Administrative Policies**

9. All Simpluris employees undergo a pre-hire background check and screening process.

10. All Simpluris employees enter into a non-disclosure agreement.

11. All Simpluris employees are required to undergo HIPAA training.

12. All Simpluris employees are held to the highest ethical standards, and expected behavior is codified in the Employee Handbook, as well as other written policies and procedures. Simpluris adheres to clearly defined disciplinary procedures, and violations of policy can result in consequences up to and including termination of employment.

13. Only US-based employees have access to systems that contain class data.

14. When employment ends, the former employee's access to all Simpluris physical locations and electronic systems is immediately terminated.

15. Simpluris carefully reviews all vendors and third-party services and service providers, and engages only those who meet our high standards for security and reliability.

16. Simpluris has never experienced a data breach. However, should such an event take place, Simpluris maintains a detailed incident response plan. The plan includes specific internal procedures and responses, as well as external notifications to our general counsel and third-party stakeholders.

**Data Practices**

17. Simpluris will collect and maintain class data only to the extent required by the administration of this Notice Plan.

18. In all situations in which Simpluris employees handle PII and PHI, including class member data, we do so solely for the purpose of carrying out our duties and responsibilities as a third-party administrator.

19. Class data is maintained and preserved only for as long as required for administration of the Notice Plan and any relevant subsequent reporting required. Data maintained on Simpluris' systems, including backups, is then deleted using NIST/DOD standards. Any data existing on external drives or other media provided to Simpluris in the course of the administration are either securely returned to the party that provided them, or wiped using NIST/DOD standards and physically destroyed.

**Insurance**

20. Simpluris maintains appropriate insurance coverage, including E & O and cybersecurity policies.

## OVERVIEW

21. Subject to the Court's approval, Simpluris has been selected by the parties to serve as the settlement administrator for this matter. Based on information concerning the size and available contact information for the Class provided by Class Counsel to date and outlined below, Simpluris anticipates that the total costs of the administration will be approximately $28,095.00, and Simpluris has committed to a capped, not-to-exceed figure of $32,095.00 for settlement administration costs.

22. Based on information provided by Class Counsel to date, in the course of this administration Simpluris will be charged with, among other responsibilities:

a. establishing and maintaining an Interactive Voice Response ("IVR") toll-free telephone number that that Class Members may call to receive information about the case and the Settlement and to request that a copy of the long-form Class Notice be sent to them via e-mail or postal mail;

b. developing and maintaining an interactive case website that will host relevant case documents and provide information and updates concerning this case to

Class Members, and will comply with data privacy requirements, including a detailed Privacy Policy;

c. mailing direct notice of the case to Class Members for whom a valid mailing address is available;

d. emailing direct notice of the case to Class Members for whom a valid email address is available;

e. establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

f. calculating the amounts due to each Class Member pursuant to the Settlement Agreement;

g. processing payments to Class Members;

h. preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

i. reporting on the status of award distribution as required by the parties and Court.

**NOTICE PLAN**

23. The Notice Plan described herein is designed using best practices and techniques commonly used in similar cases and approved by both federal and state courts.

24. Rule 23, as amended in 2018, provides that for classes certified under Rule 23(b)(3), "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means." Fed. R. Civ. P. 23(c)(2)(B); *see also Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 173 (1974).

25. Based on information provided by Class Counsel, there are 4,543 Class Members. The Notice Plan outlined below utilizes both United States mail and electronic mail to disseminate individual notice directly to all Class Members, and also includes a dedicated website and toll-free

hotline for Class Members to obtain additional information about the case.

26. Simpluris estimates that the Notice Plan described herein will reach approximately 99% of all Class Members.

**Direct Notice by Email**

27. Summary notice of the case will be emailed to all Class Members for whom an email address is available. Based on information provided by the parties, an email address is available in Defendant's records for all Class Members.

28. A representative exemplar of the proposed summary email notice to Class Members is attached hereto as **Exhibit A**.

29. Prior to sending direct email notice, all email addresses will undergo syntax, domain, and mailbox verification to ensure that they are deliverable.

30. Also prior to sending, the approved email notice will be analyzed by email evaluation tools (commonly referred to as "spam checkers") to reduce the likelihood of it being classified as unsolicited or undesirable by email service provider's filtering mechanisms.

31. Simpluris sends all notice emails from high-reputation IP addresses. IP reputation scores are developed by internet service providers ("ISP") and email service providers ("ESP") as a measure of behavioral quality and trustworthiness. Using high-reputation IPs ensures that ISPs and ESPs do not filter emails sent as part of a high-volume "blast." Additionally, ESPs like Google's Gmail will by default deliver high-reputation emails to the "primary" inbox.

32. Email notice returned as undeliverable will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate updated email addresses. When new email addresses are located, the Class Member database will be updated and the email notice resent.

**Direct Notice by Postcard**

33. Additionally, summary notice of the case will be mailed as a single postcard to all Class Members for whom a mailing address is available. Based on information provided by the

parties, a postal address is available in Defendant's records for all Class Members.

34. A representative exemplar of the proposed summary postal notice to Class Members is attached hereto as **Exhibit B**.

35. Prior to mailing the notice postcard, Simpluris will update mailing address information via the United States Postal Services ("USPS") National Change of Address ("NCOA") database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS. Additionally, all addresses will be processed through the USPS Coding Accuracy Support System ("CASS") and Locatable Address Conversion System ("LACS") to ensure deliverability.

36. Notices that are returned to Simpluris by the USPS with a forwarding address will be re-mailed to the new address provided by the USPS, and the Class Member database will be updated accordingly.

37. Notices returned to Simpluris by the USPS without forwarding addresses will be skip traced, as described above. When a new address is identified, the Class Member database will be updated with the new address information, and a new postcard will be re-mailed to that address.

**Settlement Website**

38. Simpluris will create and maintain a settlement-specific website. The domain name for the website, as selected by the parties, will be www.ZumbaVPPASettlement.com. The website will host important documents, including the long-from notice and Settlement Agreement; highlight relevant dates; list answers to frequently asked questions; and provide important case and scheduling updates as they occur. A copy of the proposed long-form class notice is attached hereto as **Exhibit C**.

39. The website will permit Class Members to update their mailing address where they wish to receive the check conveying their award. A representation of the online form that Class Members may use to update their mailing address on the website is attached as **Exhibit D.**

40. The website will also permit Class Members to elect to receive their award through electronic funds deposit instead of through a check sent through the mail. The methods of electronic

funds deposit available to Class Members will include PayPal, Venmo, Zelle, virtual prepaid cards, and physical checks. A representation of the online form that Class Members may use to elect to receive their award through electronic funds deposit on the website is attached as **Exhibit D.**

41. The internet address for the website will be prominently listed in all notice documents.

**Dedicated Toll-Free Hotline**

42. A toll-free hotline devoted to this case will be implemented to help apprise Class Members of their rights and options. The toll-free hotline will be listed in the notices and on the class certification website. The toll-free hotline will permit Class Members to receive additional information about the case and the Settlement and to request that a copy of the long-form Class Notice be sent to them via e-mail or postal mail.

## AWARD DISBURSEMENT

43. Simpluris will establish and maintain a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund for this Settlement. Simpluris will ensure that all federal and state statutory and regulatory tax filing and reporting requirements are fully complied with and completed.

44. Once the notice period and objection deadline have passed, Simpluris will calculate individual award amounts based on the Settlement Agreement. Upon final approval from the Court, Simpluris will disburse award payments to Class Members by check (or electronic funds deposit if selected by the Class Members).

45. Any award payments that are returned by the USPS will be skip traced and remailed.

46. When appropriate, tax documents will also be mailed to Class Members.

47. Once Attorneys' Fees and Expenses, costs of notice and administration, and individual award payments have been paid and the final check negotiation deadline has passed, any residual funds remaining in the QSF will be disposed of in accordance with the Settlement Agreement.

## CONCLUSION

48. Simpluris will execute the Settlement Agreement in keeping with the highest industry standards, and in full compliance with all applicable state and federal laws, regulations, and

guidelines.

49. Simpluris will be able to execute this Notice Plan, including deliver the postal and e-mail Class Notices to Class members and establish the website and toll-free hotline described above, by no later than the Notice Date, which is the date that falls thirty (30) days after the date the Court enters the Preliminary Approval Order.

50. I believe that the proposed Notice Plan, consisting of direct notice by both email and U.S. Mail, a settlement website, and a 24/7 call center, will fully comply with due process, the requirements set forth in Fed. R. Civ. P. 23, and all other state and federal laws, regulations, and guidelines, and that the proposed administration as a whole will fully implement the Settlement Agreement reached by parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of September 2026, at Albert Lea, Minnesota.

Jacob Kamenir